**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 26-cv-03877 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Hexin Holding Limited ("Plaintiff") hereby moves *ex parte* and files this Motion requesting leave to file the following documents under seal: (1) Schedule A attached to Plaintiff's Complaint, which lists the fully interactive e-commerce stores operating under the seller aliases (the "Seller Aliases) and the e-commerce stores URLS under the Online Marketplaces; and (2) Declaration of Plaintiff and accompanying exhibits, which includes screenshot printouts showing e-commerce stores operating under the Seller Aliases.

Good cause exists for this Court to grant the requested relief *ex parte* as the underlying action involves allegations of copyright infringement and patent infringement, and therefore sealing of the requested materials is necessary to prevent Defendants from learning of these proceedings prior to the execution of a temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying action and would substantially interfere with the Court's power to grant relief. Should the Court grant this motion and permit the sealing of the requested materials, Plaintiff will move to unseal

the requested materials after service of the temporary restraining order has been effectuated upon Defendants.

Date: April 7, 2026

Respectfully submitted,

*/s/ Faye Yifei Deng*

Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*