**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-03877<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Hexin Holding Limited ("Plaintiff" or "Hexin") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against the Defendants enjoining the promotion of, offering for sale, and sale of products bearing infringing version of Hexin's federally registered copyrights, a temporary asset restraint, and expedited discovery in an action arising out of 17 U.S.C. § 501.

This Motion is supported by the Memorandum of Law in Support filed concurrently herewith, the Declarations of Juan Yang and Faye Yifei Deng, and upon any other relevant materials deemed necessary and important and relied upon by the Court in its determination of Plaintiff's requested relief.

Date: April 13, 2026

Respectfully submitted,

*/s/ Faye Yifei Deng*

Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*