**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

HEXIN HOLDING LIMITED,

Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 26-cv-03877

Judge Jorge L. Alonso

Magistrate Judge Jeannice W. Appenteng

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS**
**PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Hexin Holding Limited ("Plaintiff" or "Hexin") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 17 U.S.C. § 501. A Memorandum of Law and Declaration of Faye Yifei Deng in Support of the Motion are filed concurrently.

Date: April 13, 2026

Respectfully submitted,

*/s/ Faye Yifei Deng*

Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*