**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br>Defendants. | Case No.: 26-cv-03877<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

**Declaration of Zoey Huang**

I, Zoey Huang, declare as follows:

1. I am a law clerk with YK Law LLP and my firm represents Plaintiff Hexin Holding Limited ("Plaintiff") in this action. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as witness, I could and would competently testify as follows:

2. On April 20, 2026, this Court entered a Temporary Restraining Order [16] permitting Plaintiff to complete service of process to Defendant pursuant to Federal Rule of Civil procedure 4(f)(3) by electronically publishing a link to the Complaint, the Temporary Restraining Order, and other relevant documents on a website and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes both a link to said website and copies of the relevant documents themselves.

3. I hereby certify that on May 13, 2026, I electronically published the Complaint, Summons, the Temporary Restraining Order, and other relevant documents on a website.

4. I hereby certify that on May 13, 2026, I served the Defendants identified in Schedule A ("Defendants") by sending an email to each Defendant's email address provided by third-party platforms with a link to said website and copies of the documents themselves to the email addresses for Defendants. Attached hereto as **Exhibit 1** is a true and correct copy of the Defendants and their corresponding e-mail addresses upon which I served the Complaint, Summons, the Temporary Restraining Order, and other relevant documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of May 2026 in Los Angeles.

*/s/ Zoey Huang*

Zoey Huang
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: zhuang@yklaw.us