# EXHIBIT 1

**DEFENDANT EMAIL ADDRESSES**

| No | seller name | Email address |
|---|---|---|
| 1 | Stand with a straight waist | xiaoyaozir@163.com |
| 2 | Shapewear for Women | 598750147@qq.com |
| 3 | Best Shaper | 6278025@qq.com |
| 4 | the body shop | 342905615@qq.com |
| 5 | Yuanzhen Clothing | 543557235@qq.com |
| 6 | Rifoer | gdyjling@163.com |
| 7 | Feishiya Clothing | 306559128@qq.com |
| 8 | Suxiao Clothing | 1726934805@qq.com |
| 9 | SculptBody | xiebo@langqincorset.com |
| 10 | wunv | chen3211643350@outlook.com |
| 11 | Pinsen Clothing | c1569170652@outlook.com |
| 12 | PYNPYT | 2968009325@qq.com |
| 13 | CZXMYX | tangtik45@outlook.com |
| 14 | Peachs Secret | liurui2082@sina.com |
| 15 | QFDM | 615946982@qq.com |
| 16 | LifePick | Fitri841@163.com |
| 17 | TONGFENG | 3211643350@qq.com |
| 18 | QFE | liu18367905178@163.com |
| 19 | SENTERIA JEWELRY OFFICIAL STORE | wishshu15@163.com |
| 20 | G & Y information | yingyu.us@outlook.com |
| 21 | yujia07 | dhyujiawan@163.com |
| 22 | baofu009 | 2958188819@qq.com |
| 23 | longda005 | fdhyugou@163.com |
| 24 | bossbaba | 651284265@qq.com |
| 25 | pu04 | dhpuma@163.com |
| 26 | niao01 | dhziniao@163.com |

| | | |
|---|---|---|
| 27 | starnew | anniezzyy@126.com |
| 28 | Shantou Fenteng Clothing Factory | jennyzhang@ftclothse.com |
| 29 | Hi lady | guangzhen@163.com |
| 30 | ODOV | pamkent1121@hotmail.com |
| 31 | HEZHONGCAN LLC1 | caiguihua789@outlook.com |
| 32 | KokubunS | KokubunSevers1590@outlook.com |
| 33 | SSHOPGRE | KellyMonica1914@outlook.com |
| 34 | X-Y-Y | pamkent1121@hotmail.com |
| 35 | Curated Good Store | sheinycl@163.com |
| 36 | TrendyHub LLC | ongmatild@gmail.com |
| 37 | xiaoyaozir | xiaoyaozi@163.com |
| 38 | TianzhaoShop | zjdyln2021@outlook.com |
| 39 | The Bold Edit Womenswear E-shop | 554963495@qq.com |
| 40 | SunwardPace | 1483373084@qq.com |
| 41 | Tchilo s | sherlum1812@gmail.com |
| 42 | Chen gre's store | m9a0x3@sina.com |
| 43 | Yun Ya clothing store | xuweijinyou@163.com |
| 44 | Vintage LA Collective | 471135661@qq.com |
| 45 | Yeraldy | yeraldyinc@yahoo.com |
| 46 | YOUTH. | felicia@sharicca.com |
| 47 | DISMISSED | DISMISSED |
| 48 | Green Light | tangidea2022@gmail.com |
| 49 | FREEMOVE | 1048617606@qq.com |
| 50 | Mountain Hiker | 15315598484@163.com |
| 51 | njefcs | joijisedjowjo@163.com |
| 52 | TerraTrekBasecamp | 519068006@qq.com |
| 53 | Jada Outdoor Sports | 17853457869@163.com |
| 54 | COSPLAY.US | way20251226@outlook.com |
| 55 | BerryPetal | 19079914091@163.com |

**Subject:** Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-3877
**Date:** Wednesday, May 13, 2026 at 6:25:29 PM Pacific Daylight Time
**From:** Zoey Huang
**To:** Zoey Huang
**CC:** Faye Deng
**BCC:** xiaoyaozir@163.com, 598750147@qq.com, 6278025@qq.com, 342905615@qq.com, 543557235@qq.com, gdyjling@163.com, 306559128@qq.com, 1726934805@qq.com, xiebo@langqincorset.com, chen3211643350@outlook.com, c1569170652@outlook.com, 2968009325@qq.com, tangtik45@outlook.com, liurui2082@sina.com, 615946982@qq.com, Fitri841@163.com, 3211643350@qq.com, liu18367905178@163.com, wishshu15@163.com, yingyu.us@outlook.com, dhyujiawan@163.com, 2958188819@qq.com, fdhyugou@163.com, 651284265@qq.com, dhpuma@163.com, dhziniao@163.com, anniezzyy@126.com, jennyzhang@ftclothse.com
**Attachments:** 36cv3877 court dockets.zip

We represent **Hexin Holding Limited** in copyright anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to copyright infringement laws.

A copy of the Complaint, Summons, the Temporary Restraining Order, and other court files is attached to this email and also available at <https://yklawusinternetenforcement3877.wordpress.com/>, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,
Zoey

**Zoey Huang**, YK Law LLP
213-401-0970 (1010)

**Subject:** Hexin Holding Limited v. The Partnerships, et al.; Case No. 1:26-cv-3877
**Date:** Wednesday, May 13, 2026 at 6:25:31 PM Pacific Daylight Time
**From:** Zoey Huang
**To:** Zoey Huang
**CC:** Faye Deng
**BCC:** guangzhen@163.com, pamkent1121@hotmail.com, caiguihua789@outlook.com, KokubunSevers1590@outlook.com, KellyMonica1914@outlook.com, sheinycl@163.com, ongmatild@gmail.com, xiaoyaozi@163.com, zjdyln2021@outlook.com, 554963495@qq.com, 1483373084@qq.com, sherlum1812@gmail.com, m9a0x3@sina.com, xuweijinyou@163.com, 471135661@qq.com, yeraldyinc@yahoo.com, felicia@sharicca.com, tangidea2022@gmail.com, 1048617606@qq.com, 15315598484@163.com, joijisedjowjo@163.com, 519068006@qq.com, 17853457869@163.com, way20251226@outlook.com, 19079914091@163.com
**Attachments:** 36cv3877 court dockets.zip

We represent **Hexin Holding Limited** in copyright anti-infringing matters. Plaintiff has charged you in the Complaint with violations related to copyright infringement laws.

A copy of the Complaint, Summons, the Temporary Restraining Order, and other court files is attached to this email and also available at <https://yklawusinternetenforcement3877.wordpress.com/>, which will be updated regularly throughout these proceedings. You are advised to seek U.S. legal counsel.

If you believe that you have been improperly linked to this case or received this email in error, promptly contact us at fdeng@yklaw.us so that we can further investigate your claim. In order to investigate your claim, you must provide us with the e-mail address associated with the PayPal, eBay, DHgate, Wish.com, Walmart, Amazon, SHEIN, Etsy, and/or Alipay account and/or domain name that was suspended, and a list of all email addresses associated with that account. In addition, please provide us with your store name and the URL.

Regards,
Zoey

**Zoey Huang**, YK Law LLP
213-401-0970 (1010)