# EXHIBIT 1

**SCHEDULE A**

**DEFENDANT ONLINE MARKETPLACES**

| No. | Seller | URL |
|---|---|---|
| 1 | Stand with a straight waist | https://www.temu.com/womens-tummy-control-shapewear-panties-with-hook-zipper-closure-butt-lifting-body-shaper-high-support-nylon-and-elastane-hand-washable-g-601099877767772.html? |
| 2 | Shapewear for Women | https://www.temu.com/womens-zip--butt-lift-hip-enhancer-shorts-g-601099512086472.html |
| 3 | DISMISSED | DISMISSED |
| 4 | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED |
| 6 | DISMISSED | DISMISSED |
| 7 | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED |
| 10 | DISMISSED | DISMISSED |
| 11 | DISMISSED | DISMISSED |
| 12 | DISMISSED | DISMISSED |
| 13 | CZXMYX | https://www.temu.com/zipper-lace-trim-shapewear-boyshorts-tummy-control-butt-lifting-body-shaper-womens-underwear-shapewear-g-601099555114890.html |
| 14 | Peachs Secret | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601100519596023 |
| 15 | DISMISSED | DISMISSED |
| 16 | DISMISSED | DISMISSED |
| 17 | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED |
| 19 | DISMISSED | DISMISSED |
| 20 | DISMISSED | DISMISSED |
| 21 | DISMISSED | DISMISSED |
| 22 | DISMISSED | DISMISSED |
| 23 | DISMISSED | DISMISSED |
| 24 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 25 | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED |
| 27 | DISMISSED | DISMISSED |
| 28 | DISMISSED | DISMISSED |
| 29 | ***EXCEPTED*** | ***EXCEPTED*** |
| 30 | ***EXCEPTED*** | ***EXCEPTED*** |
| 31 | DISMISSED | DISMISSED |
| 32 | DISMISSED | DISMISSED |
| 33 | DISMISSED | DISMISSED |
| 34 | ***EXCEPTED*** | ***EXCEPTED*** |
| 35 | DISMISSED | DISMISSED |
| 36 | DISMISSED | DISMISSED |
| 37 | xiaoyaozir | https://shop.tiktok.com/view/product/1730573305368317955 |
| 38 | DISMISSED | DISMISSED |
| 39 | DISMISSED | DISMISSED |
| 40 | DISMISSED | DISMISSED |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED |
| 45 | DISMISSED | DISMISSED |
| 46 | YOUTH. | https://shop.tiktok.com/view/product/1731426707739480224?region=US&locale=en&source=seller_center |
| 47 | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |
| 51 | njefcs | shop.tiktok.com/view/product/1732092829891138315?region=US&locale=en&source=seller_center |
| 52 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 53 | DISMISSED | DISMISSED |
| 54 | DISMISSED | DISMISSED |
| 55 | DISMISSED | DISMISSED |